IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1860

JODY MICHAEL KIRKLAND,
Former Husband,

Appellant,

v.

LAURIE JEAN KIRKLAND,
Former Wife,

Appellee.

_____/

Opinion filed January 5, 2016.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

James P. Brunet of the Brunet Firm, LLC, Jacksonville, for Appellant.

Laurie Jean Kirkland, pro se, Appellee.

PER CURIAM.

AFFIRMED.

BENTON, LEWIS, and BILBREY, JJ., CONCUR.